IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **GARDEN CITY BOXING CLUB, INC.** | Civil Action No. |
| Plaintiff, | |
| v. | **Rule 7.1 Statement** |
| **AMAZONAS RESTAURANT INC..** d/b/a AMAZONAS RESTAURANT and GEREMIAS L. DONES and WALTER GINN and NELLY CAMPOVERDE | **07 CIV. 4712** |
| Defendants, | **BRIEANT** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Garden City Boxing Club, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Date: June 1, 2007

_____
Signature of Attorney
Paul J. Hooten, Esq.
Attorney Bar Code: PJH9510