UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

GARDEN CITY BOXING CLUB, INC.
      Plaintiff,      Index # 07-CV-4712

-against-

                **CERTIFICATE OF SERVICE**

AMAZONAS RESTAURANT, INC.
d/b/a AMAZONAS RESTAURANT
and GEREMIAS L. DONES
and WALTER GINN
and NELLY CAMPOVERDE
      Defendants,
_____

  I certify that a copy of the Order for Court Conference and Civil Case Discovery Plan and Scheduling Order was sent via the U.S. Postal Service within the State of New York, First Class Mail addressed to the following on July 2, 2007:

To: Barry R. Fertel, Esquire    Amazonas Restaurant Inc.
   Attorney for Defendant     d/b/a Amazonas Restaaurant
   270 North Avenue       60 Beekman Avenue
   Suite 711          Contlandt St & Washington St
   New Rochelle, NY 10801    Sleepy Hollow, NY 10591

   Geremias L. Dones      Nelly Campoverde
   304 N. Terrace Ave. 1A-N    10 Howard Street
   Mount Vernon, NY 10550    Sleepy Hollow, NY 10591

   Walter Ginn
   c/o Amazonas Restaurant
   60 Beekman Avenue
   Contlandt St & Washington St.
   Sleepy Hollow, NY 10591

        By: /s/ Lucille Eichler
           Lucille Eichler
           Paul J. Hooten & Associates
           5505 Nesconset Highway, Suite 203
           Mt. Sinai, NY 11766