UNITED STATES SOUTHERN DIST. COURT – NEW YORK COUNTY

---------------------------------------------
GARDEN CITY BOXING CLUB, INC.,

    PLAINTIFF

– vs. –

AMAZONAS RESTAURANT INC DBA AMAZONAS RESTAURANT ET AL,

    DEFENDANT
---------------------------------------------

Index No: **07 CIV 4712**
Date Filed: **06/04/2007**
Office No:
Court Date:

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**JOSEPH BARNUM** being duly sworn, deposes and says;

I am over the age of 18 years, not a party to this action, and reside in the State of New York.

That on **06/26/2007** at **2:55PM** at **60 BEEKMAN AVENUE , SLEEPY HOLLOW, NY 10591**, I served a true copy of the **SUMMONS AND COMPLAINT** upon **AMAZONAS RESTAURANT INC DBA AMAZONAS RESTAURANT** the **DEFENDANT** therein named by delivering to, and leaving personally with **MONICA CASTILLO, MANAGING AGENT**, a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows:

| | | |
|---|---|---|
| SEX: **FEMALE** | COLOR: **WHITE** | HAIR: **BROWN** |
| APP. AGE: **30** | APP. HT: **5'5** | APP. WT: **130** |
| OTHER IDENTIFYING FEATURES: | | |

Sworn to before me on **06/28/2007**.

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2010

_____
JOSEPH BARNUM
AAA ATTORNEY SERVICE CO. OF NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
MA

