LAW OFFICE OF

# BARRY R. FERTEL

270 NORTH AVENUE, 7TH FLOOR
NEW ROCHELLE, NY 10801-5136

914-740-4346
212-869-2222
FACSIMILE: 914-632-7706
E-MAIL: BFERTEL@OPTONLINE.COM

**MEMO ENDORSED**

July 12, 2007

*Application Granted*
*SO ORDERED*
*Charles Brieant*
*July 12, 2007*

<u>Via Telecopier</u> (914-390-4085)
Hon. Charles L. Brieant
United States District Court
United States Courthouse
300 Quarropas St.
White Plains, NY 10601

  Re: Garden City Boxing Club, Inc. v. Amazonas Restaurant, Inc. et al
    07 Cv. 4712 (CLB) (MDF)

Dear Judge Brieant:

  I represent the defendant Geremias L. Dones in the above-entitled action. With the consent of defendant's counsel, we have agreed to extend the time my client to answer the complaint to August 15, 2007, and request your approval of such extension.

  Thank you for your cooperation. If you have any questions, feel free to contact the undersigned.

Very truly yours,

Barry R. Fertel

cc: Paul J. Hooten, Esq. (Via Telecopier – 631-331-2627)