UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------
GARDEN CITY BOXING CLUB, INC.

                     Plaintiff,                   Rule 7.1

               -against-              Case No.: 07-cv-4712

AMAZONAS RESTAURANT INC., d/b/a
AMAZONAS RESTAURANT and
GEREMIAS L. DONES
And WALTER GINN
And NELLY CAMPOVERDE
                     Defendants.
---------------------------------------------------------------

       PURSUANT TO RULE 7.1 (Formerly Local General Rule 9) of the Local Rules of the U.S. District Court for the Southern and Eastern Districts of New York and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendant Amazons Restaurant Inc. d/b/a Amazonas Restaurant, certifies that the following are corporate parents, subsidiaries, or affiliates of that Party which are publicly held.

       There are no corporate parents, subsidiaries, or affiliates of the Defendant, Griselda Reyes.

Dated:  Bronx, New York
         August 15    , 2007

                                            s/s Joseph A. Altman, Esq.
                                            Joseph A. Altman, Esq. 4290
                                            Attorney for Defendants
                                            Amazonas Restaurant Inc. d/b/a
                                            Amazonas Restaurant and Walter Ginn
                                            Altman & Altman Esqs.
                                            1009 East 163rd Street
                                            Bronx, NY 10459
                                            718-328-0422

TO:    Paul J. Hooten & Associates
          Attorney for Plaintiff
          5505 Nesconset Highway Suite 203
          Mt. Sinai, New York  11766

Barry R. Fertel, Esq.
Attorney for Defendant – Dones
270 North Avenue, Suite 711
New Rochelle, New York  10801

Nelly Campoverde
Pro Se Defendant
10 Howard Street
Sleepy Hollow, New York  10591

C:\Documents and Settings\Robin Altman\My Documents\AALTMAN_AJ\Ginn, Walter\rule 7.1  v. amazonas 72507.doc