UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------

GARDEN CITY BOXING CLUB, INC.
                                   Plaintiff,

        -against-                                    Case No.: 07-cv-4712


AMAZONAS RESTAURANT INC., d/b/a
AMAZONAS RESTAURANT and
GEREMIAS L. DONES
And WALTER GINN
And NELLY CAMPOVERDE
                        Defendants.

----------------------------------------------------------------

| |
|---|
| ### RULE 7.1 |

ALTMAN AND ALTMAN, ESQS.
Attorney(s) for
Defendant – Walter Ginn
1009 East 163rd Street
Bronx, N.Y. 10459
(718) DA8-0422

_____

                                        Service of a copy of the within
                                        is hereby admitted.

TO:


                                        Dated:

Attorney(s) for

---

PLEASE TAKE NOTICE:

**NOTICE OF ENTRY**                   **NOTICE OF SETTLEMENT**

that the within is a (certified) true copy of a    that an order                          of which the within
duly entered in the office of the clerk of the     is a true copy                will be presented to the
within named court on                              Hon.                   one of the judges of the
                                                   within named Court, at
                                                   on                at            M.
Dated:                                             Dated:
     Yours, etc.                                        Yours, etc.
     Attorney for                                       Attorney for

     Altman and Altman, Esqs.                          Altman and Altman, Esqs.
     1009 East 163rd Street                            1009 East 163rd Street
     Bronx, N.Y. 10459                                 Bronx, N.Y. 10459

---

## ATTORNEY'S CERTIFICATION

JOSEPH A. ALTMAN, ESQ. , an attorney duly admitted to the Courts of the state of New York, hereby certifies that the annexed  RULE 7.1  is to the best of my knowledge and upon information and belief, formed after an inquiry reasonable under the circumstances, that the presentation of said papers or contentions therein are not frivolous as defined in subsection (c) of section 130-1.1 of 22 NYCRR.

STATE OF NEW YORK, COUNTY OF BRONX                                                                SS:

I, the undersigned, an attorney admitted to practice in the courts of New York State,

_____**certification**    certify that the within
**by Attorney**    has been compared by me with the original and found to be a true and complete copy.
_____**Attorney's**    state that I am
**affirmation**    the attorney(s) of record for                                              in the within
        action;    I have read the foregoing                                              and know the contents thereof; the same is true
        to my knowledge, except as to the matters therein
        alleged to be on information and belief; and as to those matters I believe it to be true.
        The reason this verification is made by me and not by

The grounds of my belief as to all matters not stated upon my own knowledge are as follows:
I affirm that the foregoing statements are true, under the penalties of perjury.
                                                                                _____
                                                                                The name signed must be printed beneath

DATED:

STATE OF NEW YORK, COUNTY OF BRONX                                                                SS:

I, the undersigned, being duly sworn, depose and say:  I AM THE Defendant
X    **individual**    in the action; I have read the foregoing  ANSWER
    **verification**                                              and know the contents thereof; the same is true to my own
        knowledge, except as to the matters therein stated to be alleged on information and belief,
        and as to those matters I believe it to be true.
X___**corporation**    the        President        of  Amazonas Restaurant  Inc.
    **verification**    a        domestic                        corporation and a party in the within action; I have
        read the foregoing      ANSWER and know the contents thereof; the same is true to my knowledge, except as to the matters therein
        stated to be alleged upon information and belief; and as to those matters I believe it to be true. This verification is made by me because
        the above party is a corporation and I am an officer thereof.

The grounds of my belief as to all matters not stated upon my own knowledge are as follows:

Sworn to before me on the    day of  August    , 2007
                                                    _____
                                                    The name signed must be printed beneath
                                                    WALTER GINN
STATE OF NEW YORK, COUNTY OF Bronx            ss:        ( if more than one box is checked - indicate after names type of service used)
I, the undersigned, being sworn, say:  I am not a party to the action, am over 18 years of age and reside at

The undersigned Attorney and Counsellor-at-law, duly admitted to practice law  in the Courts of the State of New York, affirms,
 under the penalty of perjury that:

On August 15, 2007            I served the within  ANSWER
_____**service**        by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and
**by mail**        custody of the U.S. Postal Service within the New York State addressed to

_____**Personal**        by delivering a true copy of each personally to each person named below at the address indicated.  I know
**service on**        each person served to be the person mentioned and described in said papers *as a party therein.*
**an individual**
_____**Service by**        by transmitting a copy to the following persons by ___ **FAX** at the telephone number set forth after each name below
**electronic**        _____E-Mail address set forth after each name below, which was designated by the attorney for such purpose,
**means**        and by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody
        of the U.S. Postal Service within the New York State  to the address set forth after each name.
_____**Overnight**        by dispatching a copy by overnight delivery to each of the following persons at the last known address set forth after
**Delivery**        each name below.
**Service**

Paul J. Hooten & Assoc.            Barry R. Fertel, Esq.            Nelly Campoverde
Attorneys for Plaintiff            Attorney for Defendant – Dones            Pro Se Defendant
5505 Nesconset Highway,            270 Hall Avenue, 7th Floor            10 Howard Street
Suite 203                New Rochelle, New York  10801            Sleepy Hollow, New York
Mount Sinai, New York                            10591
11766

                                    s/s Joseph A. Altman, Esq. _____
                                    **the name signed must be printed beneath**
                                    Joseph A. Altman, Esq. (JAA4290)

Affirm on the
15TH  day of  August        2007