UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

GARDEN CITY BOXING CLUB, INC.

                   Plaintiff,

  -v-

AMAZONAS RESTAURANT, INC., d/b/a
AMAZONAS RESTAURANT and GEREMIAS
DONES and WALTER GINN and NELLY
CAMPOVERDE,

                   Defendants.
------------------------------------------------------------X

**ANSWER OF DEFENDANT GEREMIAS DONES TO CROSS-CLAIM**

Case No. 07 CIV. 4712
(Brieant)

**DEFENDANT DONES DEMAND TRIAL BY JURY**

Defendant, Geremias Dones, by her attorney, Barry R. Fertel, Esq., as and for her answer to the complaint herein, states as follows:

1. Denies each and every allegation set forth in paragraphs "1", "2", "3", "22", "24", and "29" of the complaint, except reference is had to the statutes referred therein for their true meaning and content.

2. Denies having knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraphs "4", "5", "8", "9", "10", "11", "12", and "14" of the complaint.

3. Denies each and every allegation set forth in paragraphs "6", "7", "15", "16", "17", "18", "19", "20", "23", "25", "26", "27", "30","31", "32", "33", "34", "35", and "36" of the complaint.

4. Denies each and every allegation set forth in paragraph "13" of the complaint except admits that Defendant Dones did not contract with Garden City Boxing Club, Inc. to obtain the rights to broadcast the Event.

5. In response to paragraphs "21" and "28" of the complain defendant hereby incorporates all of is responses set forth above.

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE

6. The complaint fails to state a claim upon which relief can be granted.

### AS AND FOR A SECOND AFFIRMATIVE DEFENSE

7. Defendant Dones had no involvement in the management or operation of the Amazons Restaurant, Inc., at any time.

**WHEREFORE,** defendant Geremias Dones demands judgment dismissing the complaint together with costs and disbursements and reasonable attorney's fees.

Dated: August 31, 2007

_____
Barry R. Fertel (BF 7364)
Attorney for Defendant Geremias Dones
270 North Avenue – Suite 711
New Rochelle, New York 10801
(914) 740-4346

2