UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------
GARDEN CITY BOXING CLUB, INC.

                Plaintiff,                <u>Rule 7.1</u>

            -against-                Case No.: 07-cv-4712

AMAZONAS RESTAURANT INC., d/b/a
AMAZONAS RESTAURANT and
GEREMIAS L. DONES
And WALTER GINN
And NELLY CAMPOVERDE
                Defendants.
----------------------------------------------------------------

      PURSUANT TO RULE 7.1 (Formerly Local General Rule 9) of the Local Rules of the U.S. District Court for the Southern and Eastern Districts of New York and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendant Amazons Restaurant Inc. d/b/a Amazonas Restaurant, certifies that the following are corporate parents, subsidiaries, or affiliates of that Party which are publicly held.

      There are no corporate parents, subsidiaries, or affiliates of the Defendant, Griselda Reyes.

Dated:  Bronx, New York
          September 4 , 2007

                                      <u>s/s Joseph A. Altman, Esq.</u>
                                      Joseph A. Altman, Esq. 4290
                                      Attorney for Defendants
                                      Amazonas Restaurant Inc. d/b/a
                                      Amazonas Restaurant and Walter Ginn
                                      Altman & Altman Esqs.
                                      1009 East 163rd Street
                                      Bronx, NY 10459
                                      718-328-0422

TO:    Paul J. Hooten & Associates
         Attorney for Plaintiff
         5505 Nesconset Highway Suite 203
         Mt. Sinai, New York  11766

Barry R. Fertel, Esq.
Attorney for Defendant – Dones
270 North Avenue, Suite 711
New Rochelle, New York  10801

Nelly Campoverde
Pro Se Defendant
10 Howard Street
Sleepy Hollow, New York  10591

Case 7:07-cv-04712-CLB    Document 13    Filed 09/04/2007    Page 2 of 2