UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------
GARDEN CITY BOXING CLUB, INC.

                    Plaintiff,                  <u>AMENDED VERIFIED ANSWER</u>

          -against-                        Case No.: 07-cv-4712

AMAZONAS RESTAURANT INC., d/b/a
AMAZONAS RESTAURANT and
GEREMIAS L. DONES,
And WALTER GINN
And NELLY CAMPOVERDE
                    Defendants.
------------------------------------------------------------

       Defendants, Amazonas Restaurant Inc. d/b/a Amazonas Restaurant and Walter Ginn, by their Attorneys, Altman & Altman, Esqs., as and/for their Verified Answer to the Plaintiff's Verified Complaint, sets forth and alleges the following:

       1.     Denies each and every allegation contained in paragraphs of the Complaint marked, numbered, and designated "15", "16", "17", "18", "20", "23", "27", "30", "31", "32", "33", "34", "35", and "36".

       2.     Lacks sufficient knowledge and information to form a belief as to each and every allegation contained in paragraphs of the Complaint, marked, numbered and designated "1", "2", "3", "4", "7", "8", "9", "10", "11", "12", "13", "14", "19", "22", "24", "25", "26" and "29".

       3.     As to paragraph marked and numbered "6", the Defendant admits that as of November 5, 2005, the Defendant, Geremias L. Dones, was no longer the owner of Amazonas Restaurant Inc., d/b/a Amazonas Restaurant.

4. Defendants hereby incorporates by reference all of the allegations contained in paragraphs 1, 2 and 3 above mentioned, as though set forth herein at length, as to each and every allegation contained in paragraphs of the Complaint, marked, numbered and designated "21" and "28".

## AS AND FOR A 1ST AFFIRMATIVE DEFENSE

6. That any claim or cause of action against this individual Defendant is improper, as the Defendant had nothing to do with the Defendants nor the subject location, on or about June 5, 2007.

## AS AND FOR A 2nd AFFIRMATIVE DEFENSE

7. That the Plaintiff has failed to set forth a claim or cause of action against this answering Defendant, upon which any type of relief can be granted, with the individual Defendant protected by the corporate veil of the co-Defendant Corporation, assuming, _arguendo_, the Defendant was connected with said entity, which it was not, as his contact occurred as of November 5, 2005.

## AS AND FOR A 1st CROSS-CLAIM

3. That these Co-Defendants, "Amazonas" and "Ginn" accepted the subject stock and business in good faith from Geremias L. Dones who breached the implied duty of good faith..

## AS AND FOR A 2nd CROSS-CLAIM

5. If Plaintiff sustained the injuries and damages in the manner and at the time and place alleged, and if it is found that these Defendants are liable and then said answering Defendant(s )are

entitled to indemnification from and judgment over and against the Co-Defendants, for all or part of any verdict or judgment that Plaintiff may recover against said answering Defendant.

## AS AND FOR A 3rd CROSS-CLAIM

6.  That these answering Defendants herein demand that the liability, if any, be apportioned and, therefore, the Co-Defendants will be liable to the answering Defendants in the event judgment is recovered by Plaintiff in an amount equal to the excess over and above this answering Defendant's equitable share of the judgment. The equitable share of the judgment of the answering Defendant will be determined in accordance with the relative culpability of the aforementioned Co-Defendant(s), Amazonas Restaurant Inc., d/b/a Amazonas Restaurant and Geremias L. Dones, and Walter Ginn and Nelly Campoverde.

**WHEREFORE**, it is respectfully requested that Plaintiff's Complaint be denied and dismissed.

DATED:   BRONX, NEW YORK  
          Aug 30 2007

s/s Joseph A. Altman, Esq.  
Joseph A. Altman, Esq. (JAA4290)  
ALTMAN AND ALTMAN, ESQS.  
Attorneys for Defendant  
Amazonas Restaurant Inc. d/b/a  
Amazonas Restaurant and Walter Ginn  
1009 East 163rd Street  
Bronx, New York  10459  
(718) DA8-0422

TO:   Paul J. Hooten & Assoc.  
     Attorneys for Plaintiff  
     5505 Nesconset Highway, Suite 203  
     Mount Sinai, New York  11766

     Barry R. Fertel, Esq.  
     Attorney for Defendant – Dones  
     270 Hall Avenue, 7th Floor  
     New Rochelle, New York  10801

     Nelly Campoverde  
     Pro Se Defendant  
     10 Howard Street  
     Sleepy Hollow, New York  10591

STATE OF NEW YORK, COUNTY OF BRONX                                       SS:
I, the undersigned, an attorney admitted to practice in the courts of New York State,
\_\_\_\_certification         certify that the within
     by Attorney          has been compared by me with the original and found to be a true and complete copy.
\_\_\_\_Attorney's         state that I am
     affirmation          the attorney(s) of record for                                             in the within
                          action;    I have read the foregoing                                       and know the contents thereof; the same is true
                          to my knowledge, except as to the matters therein
                          alleged to be on information and belief; and as to those matters I believe it to be true.
                          The reason this verification is made by me and not by

The grounds of my belief as to all matters not stated upon my own knowledge are as follows:
I affirm that the foregoing statements are true, under the penalties of perjury.
                                                                                       _____
                                                                                       The name signed must be printed beneath
DATED:

STATE OF NEW YORK, COUNTY OF BRONX                                       SS:
I, the undersigned, being duly sworn, depose and say:  I AM THE Defendant
X   individual         in the action; I have read the foregoing AMENDED ANSWER
    verification                                                and know the contents thereof; the same is true to my own
                       knowledge, except as to the matters therein stated to be alleged on information and belief,
                       and as to those matters I believe it to be true.
X   corporation        the       President              of Amazonas Restaurant Inc.
    verification       a         domestic               corporation and a party in the within action; I have
                       read the foregoing    ANSWER and know the contents thereof; the same is true to my knowledge, except as to the matters therein
                       stated to be alleged upon information and belief; and as to those matters I believe it to be true. This verification is made by me because
                       the above party is a corporation and I am an officer thereof.

The grounds of my belief as to all matters not stated upon my own knowledge are as follows:

Sworn to before me on the 2 day of August , 2007         _Walter Ginn_____
     Joseph A. Altman                                     The name signed must be printed beneath
     Notary Public NY                                     WALTER GINN
STATE OF NEW YORK, COUNTY OF Bronx      ss:    ( if more than one box is checked - indicate after names type of service used)
No. 4805116
Qualified in Westch't'r, Comm. Exp. 7/31/10

The undersigned Attorney and Counsellor-at-law, duly admitted to practice law in the Courts of the State of New York, affirms,
 under the penalty of perjury that:

On 9/4, 2007                I served the within AMENDED ANSWER
 \_/\_service            by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and
     by mail            custody of the U.S. Postal Service within the New York State addressed to

\_\_\_\_Personal        by delivering a true copy of each personally to each person named below at the address indicated. I know
     service on        each person served to be the person mentioned and described in said papers *as a party therein*.
     an individual
\_\_\_\_Service by      by transmitting a copy to the following persons by \_\_\_ FAX at the telephone number set forth after each name below
     electronic        \_\_\_\_E-Mail address set forth after each name below, which was designated by the attorney for such purpose,
     means             and by by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody
                       of the U.S. Postal Service within the New York State to the address set forth after each name.
\_\_\_\_Overnight       by dispatching a copy by overnight delivery to each of the following persons at the last known address set forth after
     Delivery          each name below.
     Service


Paul J. Hooten & Assoc.         Barry R. Fertel, Esq.           Nelly Campoverde
Attorneys for Plaintiff         Attorney for Defendant – Dones  Pro Se Defendant
5505 Nesconset Highway,         270 Hall Avenue, 7th Floor      10 Howard Street
Suite 203                       New Rochelle, New York 10801    Sleepy Hollow, New York
Mount Sinai, New York                                           10591
11766

                                                                _____
                                                                s/s Joseph A. Altman, Esq.
                                                                **the name signed must be printed beneath**
                                                                Joseph A. Altman, Esq. (JAA4290)

Affirm on the
4 day of August  Sept   2007

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

GARDEN CITY BOXING CLUB, INC.
                Plaintiff,
    -against-                                      Case No.: 07-cv-4712

AMAZONAS RESTAURANT INC., d/b/a
AMAZONAS RESTAURANT and
GEREMIAS L. DONES
And WALTER GINN
And NELLY CAMPOVERDE
                Defendants.
-----------------------------------------------------------------

## AMENDED VERIFIED ANSWER

ALTMAN AND ALTMAN, ESQS.
Attorney(s) for
Defendant – Walter Ginn
1009 East 163rd Street
Bronx, N.Y. 10459
**(718)** DA8-0422

Service of a copy of the within
is hereby admitted.

TO:

Dated:

Attorney(s) for

PLEASE TAKE NOTICE:

☐ NOTICE OF ENTRY
that the within is a (certified) true copy of a
duly entered in the office of the clerk of the
within named court on

Dated:
  Yours, etc.
  Attorney for

  Altman and Altman, Esqs.
  1009 East 163rd Street
  Bronx, N.Y. 10459

☐ NOTICE OF SETTLEMENT
that an order          of which the within
is a true copy        will be presented to the
Hon.             one of the judges of the
within named Court, at
on            at            M.
Dated:
  Yours, etc.
  Attorney for

  Altman and Altman, Esqs.
  1009 East 163rd Street
  Bronx, N.Y. 10459

## ATTORNEY'S CERTIFICATION

JOSEPH A. ALTMAN, ESQ., an attorney duly admitted to the Courts of the state of New York, hereby certifies that the annexed RULE 7.1 is to the best of my knowledge and upon information and belief, formed after an inquiry reasonable under the circumstances, that the presentation of said papers or contentions therein are not frivolous as defined in subsection (c) of section 130-1.1 of 22 NYCRR.