# ALTMAN AND ALTMAN
### ATTORNEYS & COUNSELORS-AT-LAW
1009 East 163rd Street
Bronx, New York 10459
Phone: (718) DA8-0422

FREDERICK P. ALTMAN (1928-1997)　　　　　　　　　　　　fax: (718) 378-4898
JOSEPH A. ALTMAN　　　　　　　　　　　　　　　　　　e-mail: AltmanEsq@aol.com

*Service of papers will not be accepted via fax and/or e-mail.*

*MEMBER NEW YORK, NEW JERSEY & FLORIDA BAR

September 12, 2007

*[Handwritten: Adj to 9/21/07 — So Ordered, Sept. 13, 2007, Brieant USDJ]*
*[Stamp: MEMO ENDORSED]*

**VIA FACSIMILE**
Hon. Charles I. Brieant
United States Courthouse
300 Quarropas St., Room 275
White Plains, NY 10601

RE: *Garden City Boxing Club, Inc. v. Amazonas Restaurant, Inc., et al.*
　　Index No.: 07 Civ. 4712(CLB) (MDF)

Dear Justice Brieant:

This letter is to request an adjournment of the September 14, 2007 conference. That September 14, 2007 is the Jewish New Year of Rosh Hashanah, and I am unable to be in Court. When the case was adjourned to September 14, 2007, I did not realize the conflict. That I am a solo practitioner, and unable to appear. Hence, an adjournment to the next available date is respectfully requested.

Thank you.

Respectfully submitted,

ALTMAN AND ALTMAN, ESQS.

BY:  JOSEPH A. ALTMAN, ESQ.

JAA:la

cc: Paul J. Hooten & Associates (via fax)
　　Barry R Fertel, Esq. (via fax)