## ALTMAN AND ALTMAN
ATTORNEYS & COUNSELORS-AT-LAW
1009 East 163rd Street
Bronx, New York 10459
Phone: (718) DA8-0422

FREDERICK P. ALTMAN (1928-1997)     fax: (718) 378-4898
JOSEPH A. ALTMAN     e-mail: AltmanEsq@aol.com

*Service of papers will not be accepted via fax and/or e-mail.*

*MEMBER NEW YORK, NEW JERSEY & FLORIDA BAR

September 13, 2007

**VIA FAX (914) 632-7706**
Barry R. Fertel, Esq.
270 North Avenue
Suite 711
New Rochelle, New York 10801

RE: *Garden City Boxing Club, Inc. v. Amazonas Restaurant, Inc., et al.*
      Index No.: 07 Civ. 4712(CLB) (MDF)

Dear Mr. Fertel:

This letter is to request an adjournment of the September 14, 2007 conference. That September 14, 2007 is the Jewish New Year of Rosh Hashanah, and I am unable to be in Court. When the case was adjourned to September 14, 2007, I did not realize the conflict. That I am a solo practitioner and unable to appear.

Also, to advise that the Conference which is scheduled for Friday, September 14, 2007 has be adjourned to Friday, September 21, 2007 at 9:00 AM. That I have spoken to the court clerk, Alice, who has consented to the new date.

Thank you.

Respectfully,

ALTMAN AND ALTMAN, ESQS.


BY:    JOSEPH A. ALTMAN, ESQ.

JAA:sdu

cc:    Paul J. Hooten & Associates (via fax)