UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GARDEN CITY BOXING CLUB, INC.

                    Plaintiff          Index #: 07-CV-4712

      -against-                   CERTIFICATE OF SERVICE

AMAZONAS RESTAURANT INC.
d/b/a AMAZONAS RESTAURANT
and GEREMIAS L. DONES
and WALTER GINN
and NELLYCAMPOVERDE

                    Defendant
------------------------------------------------------------X

     LUCILLE EICHLER being duly sworn, deposes and says:

That deponent is not a party to the action, is over 18 years of age and is employed in Mt. Sinai, New York.

That on the 15th day of November, 2007, deponent served the defendants attorneys, Joseph A. Altman, Esquire at 1009 East 163rd Street, Bronx, NY 10459, and Barry R. Fertel, Esquire at 270 Hall Avenue, 7th Floor, New Rochelle, NY 10801and Pro Se Defendant Nelly Campoverde at 10 Howard Street, Sleepy Hollow, NY 10591 by depositing a true and correct copy of Plaintiff's First Set of Interrogatories To Defendants in a postage prepaid envelope, via first class mail, in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York.

                                       By:    /s/ Lucille Eichler
                                               Lucille Eichler
                                               Paul J. Hooten & Associates
                                               5505 Nesconset Hwy, Ste 203
                                               Mt. Sinai, NY 11766
                                               (631) 331-0547