UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

GARDEN CITY BOXING CLUB, INC.
                Plaintiff,                Index # 07-CV-4712

   -against-

AMAZONAS RESTAURANT, INC.        **CERTIFICATE OF SERVICE**
d/b/a AMAZONAS RESTAURANT
and GEREMIAS L. DONES
and WALTER GINN
and NELLY CAMPOVERDE
                Defendants,
_____

      I certify that a copy of the Plaintiff's First Request for the Production of Documents, Request for Admissions of Fact and Plaintiff's First Set of Interrogatories to Defendant was sent via the U.S. Postal Service within the State of New York, First Class Mail addressed to the following on November 26, 2007:

To:    Barry R. Fertel, Esquire
        Attorney for Defendant
        270 North Avenue
        Suite 711
        New Rochelle, NY 10801


                        By:    /s/ Lucille Eichler
                                Lucille Eichler
                                Paul J. Hooten & Associates
                                5505 Nesconset Highway, Suite 203
                                Mt. Sinai, NY 11766