UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Index No. 07 CIV 4712

GARDEN CITY BOXING CLUB, INC.,
    Plaintiff

Judge Charles L. Brieant

against

**NOTICE OF DISCONTINUANCE**
& Order

AMAZONAS RESTAURANT, INC.,
d/b/a AMAZONAS RESTAURANT
and GEREMIAS L. DONES
and WALTER GINN
and NELLY CAMPOVERDE
    Defendant

**PLEASE TAKE NOTICE**, that the parties in the above entitled action through their attorneys, do hereby discontinue this matter with prejudice and without costs to either party as against the other. This notice may be filed without further notice with the Clerk of the Court.

Dated: January 2, 2008

Paul J. Hooten, Esq.
Attorney for Plaintiff
5505 Nesconset Highway
Mt. Sinai, NY 11766
(631) 331-0547

Dated: _____

Barry R. Fertel, Esq.
Attorney for Defendant
Geremias L. Dones
270 North Avenue - Ste. 71
New Rochelle, NY 10801

Dated: 1/3/08
SO ORDERED: White Plains, NY
January 7, 2008

Charles L. Brieant
United States District Judge

Joseph Alan Altman, Esq.
Attorney for Defendant
Walter Ginn
1009 East 163th Street
Bronx, NY 10459